```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/13/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
JENISA ANGELES, on behalf of herself
and all other persons similarly situated,

                      Plaintiff,

-against-

NEED SUPPLY COMPANY,

                      Defendant.
-----------------------------------------------------------

20 Civ. 7099 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 16, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by October 28, 2020, in advance of the initial pretrial conference scheduled for November 4, 2020. ECF No. 8 ¶¶ 4–5. The parties failed to comply with that order. ECF No. 10. On November 2, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by November 12, 2020, in advance of the initial pretrial conference scheduled for November 19, 2020. ECF No. 10. Those submissions are overdue.

    Plaintiff has failed to comply with multiple court orders and is reminded that under Rule 41(b) of the Federal Rules of Civil Procedure, an action may be dismissed "[i]f the plaintiff fails to prosecute or to comply with [the federal rules] or a court order." Fed. R. Civ. P. 41(b). "Rule 41(b) gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute." *Davis v. Town of Hempstead*, 597 F. App'x 31, 32 (2d Cir. 2015) (internal quotation marks omitted).

    Accordingly, by **November 16, 2020**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: November 13, 2020
        New York, New York

                                                    ANALISA TORRES
                                         United States District Judge