**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JENISA ANGELES, oh behalf of herself and all
others similarly situated,
                       Plaintiff,

      -against-                                              20 **CIVIL** 7099

                                                                         **JUDGMENT**

NEED SUPPLY COMPANY,
                       Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated November 30, 2020, and pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Need Supply Company shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Judgment is hereby entered.

**Dated:**  New York, New York
        November 30, 2020

                                                              **RUBY J. KRAJICK**
                                                              **Clerk of Court**
                             **BY:**     *K. Mango*
                                                               **Deputy Clerk**